FILED: December 21, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2301
(3:22-cv-00707-REP)

_____

DARRELL J. AUSTIN, JR.

      Plaintiff - Appellee

v.

EXPERIAN INFORMATION SERVICES, INC.

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:22-cv-00707-REP |
| Date notice of appeal filed in originating court: | 12/14/2023 |
| Appellant | Experian Information Solutions, Inc. |
| Appellate Case Number | 23-2301 |
| Case Manager | Taylor Barton<br>804-916-2702 |