**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 3, 2024

_____

No. 23-2301
(3:22-cv-00707-REP)

_____

DARRELL J. AUSTIN, JR.

       Plaintiff - Appellee

v.

EXPERIAN INFORMATION SOLUTIONS, INC.

       Defendant - Appellant

_____

AMENDED CAPTION NOTICE

_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Taylor Barton, Deputy Clerk
804-916-2702