UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2301
(3:22-cv-00707-REP)

_____

DARRELL J. AUSTIN, JR.

      Plaintiff - Appellee

v.

EXPERIAN INFORMATION SOLUTIONS, INC.

      Defendant - Appellant

_____

M A N D A T E

_____

The judgment of this court, entered August 1, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*